

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 26, 2022

**By ECF**

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Hugo Alejandro Torrijos Medina,* **18 Cr. 352 (NRB)**

Dear Judge Buchwald:

Pursuant to the Court's direction, the Government respectfully submits this letter regarding the conference currently scheduled for June 2, 2022. The Government understands that, in light of scheduling issues, this matter will be adjourned to June 9, 2022, at 11:00 AM for a change-of-plea hearing.

Accordingly, the Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from June 2, 2022, through the date of the rescheduled proceeding. Such additional time will permit defense counsel to continue preparing for the change-of-plea hearing in anticipation of a pretrial resolution in this matter. The Government has conferred with defense counsel, who consents to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: *s/ Jarrod L. Schaeffer*

Alison G. Moe
Robert B. Sobelman
Jarrod L. Schaeffer
Assistant United States Attorneys
Tel.: (212) 637-2225 / 2616 / 2270

Application granted. **SO ORDERED.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       May 31, 2022

cc:   Counsel of Record (via ECF)